IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-4025-01-CR-C-SOW |
| | ) | |
| ARTHUR LEE RAINEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the Court is the Report and Recommendation (*see* Doc. # 38) of United States Magistrate Judge William A. Knox as to defendant Arthur Lee Rainey, Jr's Motion to Suppress. On January 12, 2009, defendant Rainey filed a Motion to Suppress Evidence (*see* Doc. # 31). The Government filed Suggestions in Opposition and a Suppression Hearing was held in this matter on February 19, 2009. The Report and Recommendation finds that defendant Rainey's arguments presented at the Suppression Hearing do not support suppression of the evidence in question and recommends that defendant Rainey's Motion to Suppress be denied. In his objection to the Report and Recommendation, defendant Rainey objects to certain findings of fact and conclusions of law by Magistrate Judge Knox.

After a thorough review of the Report & Recommendation and defendant Rainey's objections to it, the Court agrees with and adopts, in its entirety, the Report & Recommendation of Magistrate Judge Knox. The Court finds no reason to comment further on this matter as the Report & Recommendation is thorough and well-reasoned.

Accordingly, it is hereby

ORDERED that the Court adopts, in its entirety, the Report & Recommendation of

Magistrate Judge Knox.  It is further

ORDERED that, pursuant to the findings in the Report & Recommendation, defendant Arthur Lee Rainey, Jr.'s Motion to Suppress (Doc. # 31) is denied.

                          ___/s/ Scott O. Wright_____
                          SCOTT O. WRIGHT
                          Senior United States District Judge

Dated:  __4/8/2009_____